**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil File No. 01-CV-798 PAM/JGL

GFI America, Inc. and Federal Beef Processors, Inc.,

Plaintiffs,

vs.

Marshall Chernin, Adam Chernin, James Mitchell and Central Beef,

Defendants.

**MINUTES AND ORDER**

The above entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on May 9, 2001, based on Plaintiffs' motion for leave to deposit funds with the Court, pursuant to Fed. R. Civ. P., Rule 67. Joseph W. Anthony, Esq. and John P. Boyle, Esq., of the law firm of Anthony Ostlund & Baer, P.A., appeared on behalf of Plaintiffs. Barry A. Gersick, Esq. and Geoffrey P. Jarpe, Esq., of the law firm of Maslon Edelman Borman & Brand, LLP, appeared on behalf of Defendants.

Based on the stipulations and argument of counsel and all of the files, records and proceedings herein, the Court makes the following Order:

1. By the end of the business day on May 10, 2001, Plaintiffs shall make payment to Defendant Marshall Chernin, in satisfaction of Plaintiffs' April 1, 2001 payment obligations under a certain Promissory Note and Pledge Agreement, by depositing the amounts owing into the trust account of Defendants' counsel, Maslon Edelman Borman & Brand, LLP. The funds will remain on deposit in said trust account subject to further order of the Court.

2. The parties are to appear at a hearing before the undersigned Magistrate Judge of District Court at 2:15 p.m on May 17, 2001, at which time the Court will consider Plaintiffs'

FILED 5-10-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

motion. The parties shall serve and file briefs in support of their positions, with a courtesy copy to the undersigned Magistrate Judge of District Court, by the close of business on May 15, 2001.

BY THE COURT:

Dated: May 9, 2001
at 3:40 p.m.

Jonathan G. Lebedoff, Magistrate Judge
United States District Court