UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GFI America, Inc. and Federal Beef Processors, Inc.

Civil File No. 01-798 (PAM/JGL)

Plaintiffs,

v.

**ORDER**

Marshall Chernin, Adam Chernin, James Mitchell, and Central Beef,

Defendants.

---

This matter is before the Court on Plaintiffs' Motion for Temporary Restraining Order. After consideration of the arguments set forth by the parties, the Court grants the Motion. The parties shall maintain the status quo until further order of the Court.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Temporary Restraining Order is **GRANTED**;

2. The amounts submitted to the trust account of Defendants' counsel, Maslon Edelman Borman & Brand, LLP, on May 10, 2001, will remain therein subject to further order of the Court;

3. Until further order of the Court, there shall be no acceleration of the debt under the terms of the promissory note in issue, nor shall there be pursuit of any other creditor remedy otherwise available to Defendants pursuant to the promissory note or by operation of law;

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The Temporary Restraining Order shall remain in effect until further order of the Court;

5. The parties shall appear at a hearing before Magistrate Judge Lebedoff on May 17, 2001, at 2:15 p.m. at which time Judge Lebedoff will consider Plaintiffs' Motion for Leave to Deposit Funds With the Court, and after which time, Magistrate Judge Lebedoff will issue a Report and Recommendation on the matter;

6. If necessary, the parties may then file objections to the Report and Recommendation with this Court.

Dated: May 11, 2001

Paul A. Magnuson
United States District Court Judge