**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 01-798 PAM/JGL

GFI America and Federal Beef Processors, Inc.,

Plaintiffs

vs.

Marshall Chernin, Adam Chernin, James Mitchell and Central Beef,

Defendants

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between plaintiffs GFI America and Federal Beef Processors, Inc., and defendants Adam Chernin, James Mitchell and Central Beef Ind. LLC, through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1), the Court may enter the Order attached hereto dismissing the above-referenced action in its entirety against defendants Adam Chernin, James Mitchell and Central Beef, without prejudice and without costs to any party. Each party shall bear its own attorneys' fees, costs and disbursements.

Dated: December 19, 2001

ANTHONY OSTLUND & BAER, P.A.

By: ______________________
Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEY FOR PLAINTIFFS

DEC 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 20, 2001

SKOLNICK & ASSOCIATES, P.A.

By: ______________________
William R. Skolnick (#137182)
Michael R. Schecter (#240710)
510 Marquette Avenue South, Suite 200
Minneapolis, MN 55402
(612) 677-7600

ATTORNEYS FOR DEFENDANTS
ADAM CHERNIN, JAMES MITCHELL
AND CENTRAL BEEF IND. LLC

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed without prejudice as to defendants Adam Chernin, James Mitchell and Central Beef. Each party shall bear its own attorneys' fees, costs and disbursements.

Date: December 28, 2001

______________________
Paul A. Magnuson
United States District Court Judge