UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-798 PAM/JGL

GFI America and Federal Beef Processors, Inc.,

Plaintiffs,

vs.

Marshall Chernin, Adam Chernin, James Mitchell and Central Beef,

Defendants.

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER**

IT IS HEREBY STIPULATED, by and between plaintiffs GFI America and Federal Beef Processors, Inc., and defendant Marshall Chernin, that the Pretrial Order in the above-referenced matter be amended to extend all remaining pre-trial deadlines by 60 days or as follows:

1. Plaintiffs shall disclose all expert witnesses, including reports, by April 1, 2002; defendant shall disclose all expert witnesses, including reports, by May 1, 2002.

2. The discovery deadline shall be extended to May 1, 2002.

3. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to May 1, 2002.

4. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by June 1, 2002.

FILED JAN 2 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

5. This case will be considered "ready for trial" as of July 1, 2002.

Dated: January 22, 2002

ANTHONY OSTLUND & BAER, P.A.

By: ______________________

Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEY FOR PLAINTIFFS

Dated: January 24, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By: ______________________

Geoffrey P. Jarpe (#49761)
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

ATTORNEYS FOR DEFENDANT MARSHALL CHERNIN

**ORDER**

Based upon the foregoing Stipulation to Amend Pretrial Order entered into by the parties and upon all the files, records and proceedings herein:

**IT IS HEREBY ORDERED:**

1. The deadline for plaintiffs to disclose expert witnesses, including reports, is April 1, 2001; the deadline for defendant to disclose expert witnesses, including reports, is May 1, 2002.

2. The discovery deadline shall be extended to May 1, 2002.

3. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to May 1, 2002.

4. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by June 1, 2002.

5. This case will be considered "ready for trial" as of July 1, 2002.

Date: Septb 24, 2001

Paul A. Magnuson
United States District Court Judge