**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 01-798 PAM/JGL

GFI America and Federal Beef Processors, Inc.,

Plaintiffs,

vs.

Marshall Chernin, Adam Chernin, James Mitchell and Central Beef,

Defendants.

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER**

IT IS HEREBY STIPULATED, by and between plaintiffs GFI America and Federal Beef Processors, Inc., and defendant Marshall Chernin, that the Pretrial Order in the above-referenced matter be amended to extend all remaining pre-trial deadlines by 60 days or as follows:

1. Plaintiffs shall disclose all expert witnesses, including reports, by May 15, 2002; defendant shall disclose all expert witnesses, including reports, by June 15, 2002.

2. The discovery deadline shall be extended to June 30, 2002.

3. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to June 30, 2002.

4. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by August 1, 2002.

APR 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. This case will be considered "ready for trial" as of September 1, 2002.

Dated: March 29, 2002

ANTHONY OSTLUND & BAER, P.A.

By: ______________________
Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEY FOR PLAINTIFFS

Dated: March 29, 2002

MASLON EDELMAN BORMAN & BRAND, LLP

By: ______________________
Geoffrey P. Jarpe (#49761)
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 672-8200

ATTORNEYS FOR DEFENDANT MARSHALL CHERNIN

**ORDER**

Based upon the foregoing Stipulation to Amend Pretrial Order entered into by the parties and upon all the files, records and proceedings herein:

**IT IS HEREBY ORDERED:**

1. The deadline for plaintiffs to disclose expert witnesses, including reports, is May 15, 2002; the deadline for defendant to disclose expert witnesses, including reports, is June 15, 2002.

2. The discovery deadline shall be extended to June 30, 2002.

3. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to June 30, 2002.

4. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by August 1, 2002.

5. This case will be considered "ready for trial" as of September 1, 2002.

Date: April 1, 2002

Paul A. Magnuson
United States District Court Judge