IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

GFI America, Inc. and Federal Beef Processors, Inc.

Plaintiffs,

vs.

Marshall Chernin, Adam Chernin, James Mitchell and Central Beef,

Defendants.

Civil File No. 01-CV-798 PAM/JGL

**STIPULATION AND ORDER TO AMEND PRETRIAL ORDER**

---

**WHEREAS**, the parties stipulated in late April to the dates in the current amended Pretrial Order on the basis of an agreement that depositions of many key witnesses would take place during the first week of June; and

**WHEREAS**, a scheduling conflict has arisen for counsel for plaintiffs, and counsel for plaintiffs is no longer available to take depositions for much of that week; and

**WHEREAS**, the parties desire to extend some of the dates in the amended Pretrial Order, but also which to make the dates of certain depositions subject to the Pretrial Order so as to avoid further postponements;

IT IS HEREBY STIPULATED, by and between plaintiffs GFI America, Inc. and Federal Beef Processors, Inc. and defendant Marshall Chernin, that the Pretrial Order in the above-captioned matter be amended as follows:

1. The discovery deadline shall be extended to July 30, 2002.

2. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to July 30, 2002.

FILED MAY 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by September 1, 2002.

4. This case will be considered "ready for trial" as of October 1, 2002.

5. The following depositions are hereby ordered to take place on the dates indicated:

| | |
|---|---|
| Monday June 3 - | Gary Goldberger |
| Monday, June 17 - | Robert Goldberger |
| Tuesday, June 18 - | Continuation of Robert Goldberger and commencement of Mitchell Goldberger |
| Thursday, June 20 - | Marshall Chernin |
| Friday, June 21 - | Continuation of Marshall Chernin and commencement of Adam Chernin and Jim Mitchell |

The parties agree that if the depositions of the above individuals run longer than time allotted, the parties will schedule the continuation of these depositions before the amended discovery deadline.

Dated: May 21, 2002.

ANTHONY OSTLUND & BAER, P.A.

By ______________________
Joseph W. Anthony (#2872)
Mark D. Wisser (#217736)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFFS

Dated: May 21, 2002.

MASLON EDELMAN BORMAN & BRAND LLP

By ______________________
Geoffrey P. Jarpe (#49761)
R. Christopher Sur (#251586)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

ATTORNEYS FOR MARSHALL CHERNIN

# ORDER

Based on the foregoing Stipulation to Amend Pretrial Order entered into by the parties and upon all of the files, records and proceedings herein:

IT IS HEREBY ORDERED:

1. The discovery deadline shall be extended to July 30, 2002.

2. All non-dispositive motions, specifically those that relate to discovery and the discovery period, must be filed prior to July 30, 2002.

3. All dispositive motions must be noticed, served and filed, in accordance with the local rules, by September 1, 2002.

4. This case will be considered "ready for trial" as of October 1, 2002.

5. The following is a partial schedule for depositions in the above-captioned matter:

| | |
|---|---|
| Monday June 3 - | Gary Goldberger |
| Monday, June 17 - | Robert Goldberger |
| Tuesday, June 18 - | Continuation of Robert Goldberger and commencement of Mitchell Goldberger |
| Thursday, June 20 - | Marshall Chernin |
| Friday, June 21 - | Continuation of Marshall Chernin and commencement of Adam Chernin and Jim Mitchell |

If the depositions of the above individuals run longer than time allotted, the parties will schedule the continuation of these depositions before the amended discovery deadline.

Dated: May 28, 2002

BY THE COURT:

Paul A. Magnuson
Judge of United States District Court

*Featured Speakers Include:*

<u>District of Minnesota</u>

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

<u>United States Bankruptcy Court</u>
<u>District of Minnesota</u>

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minnespolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## Seminar Registration

☐ Member $195.00

☐ Non-Member $225.00

Name ________________

Firm/Employer ________________

Address ________________

Phone ________________

E-Mail ________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building