**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GFI America, Inc., et al.

Plaintiffs,

v.

Marshal Chernin, et al.

Defendants.

Civil 01-798 (PAM)

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: July 15, 2002

Paul A. Magnuson
United States District Court Judge

FILED JUL 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______